

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: POOL PRODUCTS DISTRIBUTION
MARKET ANTITRUST LITIGATION

MDL No. 2328

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−1)**

On April 17, 2012, the Panel transferred 3 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Sarah S Vance.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Vance.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of April 17, 2012, and, with the consent of that court, assigned to the Honorable Sarah S Vance.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 27, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___Fee____
___Process___
_X_ Dkid___
___CtRmDep___
___Doc No.___

IN RE: POOL PRODUCTS DISTRIBUTION
MARKET ANTITRUST LITIGATION                                          MDL No. 2328

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SEC R/2 |
|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | | |
| CAC | 8 | 12-00018 | Luther Enterprises Inc v. Pool Corporation et al | **12-1082** |
| CAC | 8 | 12-00198 | Chautauqua Pools Inc v. Pool Corporation et al | **12-1083** |
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 4 | 12-00993 | MA/DA Properties Inc. v. Pool Corporation et al | **12-1084** |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 3 | 12-00162 | Atkisson v. Pool Corporation et al | **12-1085** |